UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No. 10 CR 905-LTS

JOSE BETANCOURT,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a "pro se motion" from Mr. Betancourt seeking early termination of supervised release. The Government is directed to respond indicating its position, and the position of the Probation Department, regarding Defendant's request by **April 5, 2023**. Defendant is directed to file any reply in support of his motion by **April 26, 2023**.

Chambers will mail a copy of this order to Mr. Betancourt at the address below.

    SO ORDERED.

Dated: New York, New York
       March 23, 2023

                                                                         /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                        Chief United States District Judge

Mailed to:

Jose Betancourt
14963 SW 18 Terrace
Miami, FL 33185