UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                          No.  10 CR 905-LTS

JOSE BETANCOURT,

       Defendant.

-------------------------------------------------------x

ORDER

The Court has received a form from Mr. Betancourt used to consent to receive electronic service of notices and documents in civil cases.  Because the above-captioned matter is a criminal case, service of notices and documents in this case will continue to be provided via mail to the address below.  Mr. Betancourt is hereby advised that he will only receive service via mail, and not electronically, of notices and documents in this matter.

Chambers will mail a copy of this order to Mr. Betancourt at the address below.

     SO ORDERED.

Dated: New York, New York
       March 28, 2023

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge

Mailed to:

Jose Betancourt
14963 SW 18 Terrace
Miami, FL 33185